UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>GUS KRIEGER,<br><br>                Defendant. | CASE NO. 3:23-cr-05255<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DKT. NO. 9) |

Before the Court is Defendant Gus Krieger's Motion for Early Termination of Supervised Release. (Dkt. No. 9.)

On September 4, 2020, Krieger was sentenced to 51 months of custody followed by three years of supervised release for Importation of a Controlled Substance. (Dkt. No. 2-4.) Krieger began his three-year term of supervised release on June 30, 2023 and it is set to expire on June 29, 2026. (Dkt. No. 10 at 1.) Probation identifies Krieger is a "low-to-moderate risk" to reoffend. (*Id.*). In addition, Probation identifies Krieger's supervision as "high level" due to a 2010 conviction for rape by use of drugs involving a person under 18. (*Id.*) However, Krieger attended and successfully completed sex offender treatment from December 2023 to February 2025. (Dkt. No. 13-1 at 2.) His treatment provider supports early termination. (*Id.*)

Krieger has been "communicative, has been available for supervision, maintained stable full-time employment and has maintained a stable residence at his parents' home." (Dkt. No. 10

ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DKT. NO. 9) - 1

at 2.) Krieger has had three violations while on supervised release: diluted urine sample in July 2023, positive test for alcohol consumption in February 2024, and leaving the district without permission in April 2025. (*Id.*) Probation identifies Krieger "has performed moderately well on supervision" but "because of his criminal history," Probation is unable to endorse early termination. (*Id.*) Likewise, the government acknowledges Krieger "has, overall, done well on supervision" but opposes early termination based on Krieger's "recent violations and criminal history." (Dkt. No. 12 at 3.)

Krieger provides evidence that he maintains stable employment, maintains stable housing, and actively assists his elderly parents. (*See* Dkt. Nos. 9-1 to 9-4.) Krieger also identifies he plans to pursue a commercial driver's license but that his current term of supervision impacts those plans. (Dkt. No. 9 at 3–4.)

The Court is authorized to terminate a term of supervised release after one year "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). Newly adopted amendments, effective November 1, 2025, to the Sentencing Guidelines confirm that the primary goal of supervised release is reintegration into the community while promoting public safety: "a court should consider whether the defendant needs supervision in order to ease transition into the community or to provide further rehabilitation and whether supervision will promote public safety." U.S. Sent'g Comm'n, *Amends. To the Sent'g Guidelines* (April 30, 2025), 43, https://www.ussc.gov/sites/default/files/pdf/amendment-process/reader-friendly-amendments/202505_RF.pdf.

Although Krieger's recent violation gives some pause, the Court finds that the goals of supervision in this case have been met. To date, supervision has assisted Krieger transition into

ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DKT. NO. 9) - 2

the community while promoting public safety. Krieger maintains stable employment and housing. He is focused on assisting his parents and has plans to further advance his economic outlook into the future.

Pursuant to 18 U.S.C. § 3583(e), and after having considered the factors set forth in 18 U.S.C. § 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7), the Court finds Krieger has established the basis to grant his request for early termination of supervised release. Accordingly, Krieger's Motion for Early Termination of Supervised Release (Dkt. No. 9) is GRANTED. Krieger's term of supervised release is terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

Dated this 2nd day of September, 2025.

David G. Estudillo
United States District Judge

ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (DKT. NO. 9) - 3